1

2

3

4                                                    JS-6

5                                                    Discharge OSC

6

7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10

11 | Metropolitan Life              )   Case No. **CV 11-4601-JFW (JCGx)**
   | Insurance Company, et          )
12 | al.,                           )   **ORDER DISMISSING CIVIL ACTION**
                                     )
13 |               Plaintiff,       )
                                     )
14 |      v.                        )
                                     )
15 | Tanya I. Carlin, et al.,       )
                                     )
16 |               Defendants.
   | _____

17

18

19        THE COURT has been advised by counsel that this action

20   has been settled, or is in the process of being settled.

21        IT IS THEREFORE ORDERED that this action is hereby

22   dismissed without prejudice to the right, upon good cause

23   shown within 14 days, to re-open the action if settlement is

24   not consummated.  During this 14 day period, this Court

25   retains full jurisdiction over this action and this Order

26   shall not prejudice any party to this action.

27   / / /

28   / / /

(Rev. 2/15/08)

1          In the event a motion or *ex parte* application to re-open

2     is not filed within 14 days, the dismissal of this action

3     will be with prejudice.

4

5     Dated: November 15, 2011

                                        _____
6                                           JOHN F. WALTER
                                        United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28